IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CUSSON,

    Plaintiff,

v.                                                 CASE NO.: 1:11cv84-SPM/GRJ

OAKS MALL, LLC, a Delaware
Limited Liability Company,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice requesting a dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Court reserving jurisdiction to enforce the Settlement Agreement. After consideration and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1.     This case is **dismissed with prejudice**.

2.     All pending motions are denied as moot.

3.     The Court shall retain jurisdiction to enforce the Settlement Agreement and to award attorney fees and costs incurred to enforce the terms thereof.

4.     The Clerk is directed to close this case.

DONE AND ORDERED this 26th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge